FILED

NOV 20 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DENY MITROVICH

Case No. **18CR 789**

Violation: Title 18, United States Code, Section 2252A(a)(5)(B)

JUDGE FEINERMAN

MAGISTRATE JUDGE WEISMAN

The SPECIAL JUNE 2018 GRAND JURY charges:

On or about May 20, 2015, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DENY MITROVICH,

defendant herein, knowingly possessed material, namely the following:

| Item | Serial Number |
|---|---|
| Western Digital External Hard Drive | WCARW6062159 |
| Hitachi Internal Hard Drive | HN07304A |
| Western Digital Internal Hard Drive | WCASY1307751 |

that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means and facility of interstate commerce and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

1

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2018 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, as set forth in this Indictment, defendant shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; any property constituting and traceable to gross profits and other proceeds obtained from such offense; and any property used and intended to be used to commit and to promote the commission of such offense, and any property traceable to such property, as provided by Title 18, United States Code, Section 2253(a).

2. The property to be forfeited includes, but is not limited to, the following specific property:

|      | **Item**                            | **Serial Number** |
|------|-------------------------------------|-------------------|
| i.   | Western Digital External Hard Drive | WCARW6062159      |
| ii.  | Hitachi Internal Hard Drive         | HN07304A          |
| iii. | Western Digital Internal Hard Drive | WCASY1307751      |

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property, as provided by Title 21, United States Code Section 853(p).

                          A TRUE BILL:

                          _____

                          FOREPERSON

_____
UNITED STATES ATTORNEY