JUDGE FEINERMAN

CAT II or

**18 CR 789**



**FELONY**

MAGISTRATE JUDGE WEISMAN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1.  Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **No** (You must answer 1b even if the answer is No)

    1a.  If the answer is "Yes," list the case number and title of the earliest filed complaint:

    1b.  Should this indictment or information receive a new case number from the court? **Yes**

2.  Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

    2a.  If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3.  Is this a re-filing of a previously dismissed indictment or information? **No**

4.  Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5.  Is this a transfer of probation supervision from another district to this District? **No**

6.  What level of offense is this indictment or information? **Felony**

7.  Does this indictment or information involve eight or more defendants? **No**

8.  Does this indictment or information include a conspiracy count? **No**

9.  Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: Sex Offenses (II)

10.  List the statute of each of the offenses charged in the indictment or information. Title 18, United States Code, Section 2252A(a)(5)(B)


_/s/ Andrew C. Erskine_
Andrew C. Erskine
Assistant United States Attorney