# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | *[signature]* |
|---|---|---|---|
| **CASE NUMBER** | 16-GJ-0191 | **DATE** | NOVEMBER 20, 2018 |
| **CASE TITLE** | U.S. v. DENY MITROVICH | | 18CR 789 JUDGE FEINERMAN MAGISTRATE JUDGE WEISMAN |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for _____SPECIAL JUNE 2018_____ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____*[signature]*_____

DEFENDANT WILL SELF-SURRENDER. BOND TO BE DETERMINED AT ARRAIGNMENT.

**FILED**
NOV 20 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                              UNDER SEAL)

Courtroom Deputy Initials: MA