# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff(s), | ) | Case No: 18cr789-1 |
| v. | ) | Magistrate Judge: M. David Weisman |
| Deny Mitrovich, | ) | |
| Defendant(s), | ) | |

## ORDER

    Initial appearance held. Arraignment proceedings held. Defendant Deny Mitrovich self-surrendered and appeared on 12/19/18 in response to the Indictment dated 11/20/18. Attorney Barry Lewis's oral motion for leave to file his appearance as counsel for Defendant is granted. The court advised Defendant of his rights and finds that the Defendant is able to understand his rights as they were reviewed. The Government is not seeking detention. For the reason's stated on record, the parties agreed on certain conditions of release, while over some objections, the Court imposes other conditions. The defendant's wife Ms. Garcia was questioned and admonished on record and the Court finds that she is suitable and can serve as a third-party custodian. The defendant and defendant's wife signed a secured bond in the amount of $50,000. and agreed to the posting their property located in Chicago, Illinois. The Court notes while the property is being assessed the defendant shall be released as ordered by the Court. The record reflects that defendant tendered his passport and FOID card to the pretrial services officer in open court. The Court sua sponte orders the parties assess the posted property and all necessary paperwork be completed and filed to secure the $50,000 bond, or in the alternative, $50,000 in cash be posted prior to the next court hearing. Enter Order Setting Conditions of Release and Appearance Bond. Defendant shall be released after processing. Defendant acknowledged receipt of the indictment, waived formal reading, and entered a plea of not guilty to count(s) one (1) in the indictment. The Court finds Defendant is competent and accepts his plea of not guilty. 16.1 (A) Conference to be held by 12/26/18. Pretrial motions and supporting memoranda are to be filed by 1/2/19. This matter is set for a status hearing before Judge Feinerman on 1/16/19 at 9:45 a.m. The Government's oral motion to exclude time is granted. Enter excludable time from 12/19/18 to and including 1/16/19 in the interest of justice to allow both parties to continue the investigation and to prepare pretrial matters. See 18 U.S.C. §§ 3161 (h)(7)(A), (h)(7)(B)(iv), (X-T).

T: (1:19)

Date: December 19, 2018

                                                                           _/s/ M. David Weisman_
                                                                           M. David Weisman
                                                                           United States Magistrate Judge