## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v. Deny Mitrovich     Case Number: 18 CR 789

An appearance is hereby filed by the undersigned as attorney for:

Deny Mitrovich

Attorney name (type or print): Barry M. Lewis

Firm: Law Office of Barry M. Lewis

Street address: 500 N. Michigan Suite 600

City/State/Zip: Chicago, IL 60611

Bar ID Number: 1646990     Telephone Number: 312-372-2221
(See item 3 in instructions)

Email Address: Blewislaw@aol.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | ☐ No |
| Are you acting as local counsel in this case? | ✔ Yes | ☐ No |
| Are you a member of the court's trial bar? | ✔ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes | ☐ No |

If this is a criminal case, check your status.   ✔ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature:     S/ Barry M. Lewis
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015