[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

USA

Plaintiff )
)
) Case Number: 18 CR 789
v. )
DENY MITROVICH ) Judge: GARY FEINERMAN
)
)
Defendant )

## NOTICE OF MOTION

**TO:** Asst. US Attorney

219 S. Dearborn

Chicago, IL (Via Pacer)

**PLEASE TAKE NOTICE** that on January 16, 2019 at 9:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Gary Feinerman or any judge sitting in his or her stead in **Courtroom** 2135 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Motion to Dismiss

## CERTIFICATE OF SERVICE

I hereby certify that on January 9 2019, I provided service to the person or persons listed above by the following means: Pacer ECM

Signature: S/ Barry M. Lewis          Date: January 8, 2019

Name (Print): Barry M. Lewis

Address: 500 N. Michigan Ave. Suite 600          Phone: 312-372-2221

Chicago, IL 60611

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]