**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 18 CR 789 |
| | ) The Honorable Gary Feinerman |
| **DENY MITROVICH,** | ) Judge Presiding |
| | ) |
| **Defendant.** | ) |

**NOTICE OF FILING**

**TO:** Mr. Andrew C. Erskine
Asst. U.S. Attorney
209 S. Dearborn St. 5th Floor
Chicago, IL 60604

Please take notice that on March 28, 2019, at the Clerk of the District Court of the Northern District of Illinois, Chicago, Illinois, the attached Reply in Support of Defendant's Motion to Dismiss was filed, copies of which are attached hereto and made a part hereof, electronically.

**NAME:** Barry M. Lewis          **ATTORNEY FOR:** Defendant
**ADDRESS:** 500 N. Michigan Ave. Suite 600     **CITY:** Chicago, IL 60611
**TELEPHONE:** (312) 372-2221

**PROOF OF SERVICE BY DELIVERY**

I, Barry M. Lewis, the attorney, certify I served this Notice by causing it to be entered into the electronic delivery system of the Northern District on the date of March 28, 2019.

/s/ Barry M. Lewis