IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 18 CR 789 |
| v. ) | |
| ) | Hon. Gary Feinerman |
| DENY MITROVICH, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S MOTION FOR SUSTITUTION OF COUNSEL**

Now comes the defendant, Deny Mitrovich, pursuant to Local Rule 83.14, respectfully requests leave to substitute his counsel of record. In support, the following is offered:

1. Mr. Mitrovich's current counsel of record is Barry Lewis.

2. Mr. Mitrovich wishes to substitute attorney Vadim A. Glozman as his counsel of record in this matter. Mr. Glozman is a member of the trial bar in the Northern District of Illinois.

3. The undersigned has spoken to attorney Barry Lewis, who advised that he does not oppose the instant motion for substitution of counsel.

Wherefore, Deny Mitrovich respectfully requests leave for Barry Lewis to withdraw as counsel for Mr. Mitrovich, and leave for Vadim A. Glozman to file his appearance on behalf of Deny Mitrovich in the instant matter.

                                                Respectfully submitted,

                                                */s Vadim A. Glozman*
                                                *Attorney For The Defendant*

Vadim A. Glozman
Attorney at Law
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015

## **CERTIFICATE OF SERVICE**

    I, Vadim A. Glozman, an attorney for Defendant Deny Mitrovich, hereby certify that on this, the 31st day of July, 2019, I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

                                                                     Respectfully submitted,

                                                                     */s/ Vadim A. Glozman*

53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015