# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                      Case No.: 1:18−cr−00789

                                      Honorable Gary Feinerman

Deny Mitrovich

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 1, 2019:

      MINUTE entry before the Honorable Gary Feinerman:as to Deny Mitrovich. Motion to substitute attorney [37] is granted. Attorney Vadim Glozman may file his appearance for Defendant. Attorney Barry Lewis is terminated as counsel for Defendant. Motion hearing set for 8/8/2019 [38] is stricken. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.