**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 18 CR 789** |
| v. | ) | |
| | ) | **Hon. Gary Feinerman** |
| **DENY MITROVICH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION MODIFY**
**CONDITIONS OF RELEASE**

Now comes the defendant, Deny Mitrovich, by and through his undersigned

attorney, and respectfully requests this Honorable Court to modify the conditions of

release to allow him to meet with potential publishers for a book has recently had

copywritten. In support, the following is offered:

1. Mr. Mitrovich is released on a $50,000 secured bond. As part of his

conditions of release, he is currently on electronic monitory with movement allowed

for work, doctors' appointments, and meetings with his attorney.

2. Since being on bond, Mr. Mitrovich has had no violations of the conditions of

his release.

3. Recently, Mr. Mitrovich wrote a book and had it copywritten. He is hoping to

present his book to publishing companies to potentially have his book published.

The conditions of his release as they stand do not allow Mr. Mitrovich movement to

meet with potential publishers.

4.  Mr. Mitrovich is respectfully requesting this Honorable Court to modify the conditions of his release to allow him to meet with publishing companies. Mr. Mitrovich proposes that for each such meeting, the movement must be approved by Pretrial Services. Specifically, to gain approval from Pretrial Services, Mr. Mitrovich would need to provide his supervising officer with the time, date, and location of the meeting, and verification of the meeting before being approved for the movement.

5.  The undersigned has spoken to both Assistant U.S. Attorney Andrew Erkskine and Pretrial Services Officer Matthew Bonestroo, both of whom indicated that do not opposed this modification to the conditions of Mr. Mitrovich's release.

Wherefore, for the reasons stated above, defendant Deny Mitrovich respectfully moves this Honorable Court to enter an order modifying the conditions of his release to allow him to meet with potential publishers for his recently copywritten book.

Respectfully submitted,

/s Vadim A. Glozman
*Attorney For The Defendant*

Vadim A. Glozman
Attorney at Law
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015

2

## CERTIFICATE OF SERVICE

I, Vadim A. Glozman, an attorney for Defendant Deny Mitrovich, hereby certify that on this, the 24th day of October, 2019, I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

Respectfully submitted,


*/s/ Vadim A. Glozman*____

53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015

3