## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                         Case No.: 1:18–cr–00789
                                                         Honorable Gary Feinerman

Deny Mitrovich

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 29, 2019:

      MINUTE entry before the Honorable Gary Feinerman:as to Deny Mitrovich. Status hearing held and continued to 12/11/2019 at 9:45 a.m. Defendant's presence is waived for today's hearing. Defendant shall file his motion to compel on or before 12/3/2019. Without objection, time is excluded from 10/29/2019 through and including 12/11/2019, in the interest of justice, pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv). Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.