## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 18 CR 789** |
| **v.** | ) | |
| | ) | **Hon. Gary Feinerman** |
| **DENY MITROVICH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR LEAVE TO FILE *INSTANTER* A REPLY IN EXCESS OF FIFTEEN PAGES

Defendant Deny Mitrovich, by and through his undersigned attorney, respectfully request leave to file his reply in support of his motion to compel discovery (Dkt. No. 55) in excess of the 15-page filing limit *instanter*.  In order to fully set forth the factual and legal matter at issue in the motion and reply, Mr. Mitrovich required more than 15 pages.

Respectfully submitted,

/s *Vadim A. Glozman*
*Attorney For The Defendant*

Vadim A. Glozman
VADIM A. GLOZMAN LTD.
Attorney at Law
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015

## **CERTIFICATE OF SERVICE**

I, Vadim A. Glozman, an attorney for Defendant Deny Mitrovich, hereby certify that on this, the 1st day of February, 2020, I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

Respectfully submitted,

*/s/ Vadim A. Glozman*

53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015