# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 18 CR 789 |
| v. | ) | |
| | ) | Hon. Gary Feinerman |
| DENY MITROVICH, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: Andrew Connor Erskine
Assistant United States Attorney
219 S. Dearborn St., 5th floor
Chicago, IL 60604

    PLEASE TAKE NOTICE that on Monday, February 24, 2020, I shall appear before the Honorable Gary Feinerman, at the hour of 9:45 a.m., and then and there present Defendant's Motion to File Brief in Excess of 15-pages *Instanter*, and copy hereto served upon you.

                                                            */s/ Vadim A. Glozman*
                                                            VADIM A. GLOZMAN

Vadim A. Glozman
53 West Jackson Blvd, Suite 1410
Chicago, IL 60604
(312) 726-9015

## CERTIFICATE OF SERVICE

    I, Vadim A. Glozman, certify that I served by electronic filing all parties on this date the 1st day of February, 2020.

                                                             */s/ Vadim A. Glozman*
                                                            VADIM A. GLOZMAN