# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                           Case No.: 1:18–cr–00789

                                                                           Honorable Gary Feinerman

Deny Mitrovich

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 24, 2020:

      MINUTE entry before the Honorable Gary Feinerman:as to Deny Mitrovich. Status hearing held and continued to 4/1/2020 at 9:45 a.m. Hearing held on motion to compel [48]. Government's oral motion to file a surreply to the motion compel is granted. The Government shall file sur–reply by 3/16/2020. If the Defendant would like to file a surresponse to the surreply, he shall do so on or before 3/20/2020. Without objection, time is excluded from 2/24/2020 through and including 4/1/2020, in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.