# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:21-cv-1291-SDM-AEP | DATE: | February 8, 2024 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **DANIELLE SMITH**<br>    Plaintiff<br>v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**<br>    Defendant | | **PLAINTIFF COUNSEL**<br>Mark Zaid (via telephone) | |
| | | **DEFENDANT COUNSEL**<br>Kenneth Stegeby, Randy Harwell and Karen Pipas (Emily Prestopnik via telephone) | |
| **COURT REPORTER:** digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME**: 3:07 to 3:15  **TOTAL:** 8 minutes | | **COURTROOM:** | 10A |

**PROCEEDINGS** – SHOW CAUSE HEARING – IN PERSON

Court is concerned the AUSA has not been prepared and also, failed to appear at the last status conference.

Proffer of AUSA Kenneth Stegeby.

A renewed motion for Summary judgment was filed by AUSA.

Plaintiff to respond to that motion in a timely fashion.

Court to discharge the Show Cause based on the proffer by AUSA Stegeby.