IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 18 CR 789 |
| v. | ) | |
| | ) | Hon. Gary Feinerman |
| DENY MITROVICH, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE *INSTANTER*
A SURRESPONSE IN EXCESS OF FIFTEEN PAGES**

Defendant Deny Mitrovich, by and through his undersigned attorney, respectfully request leave to file his surresponse in support motion to compel discovery (Dkt. 65) in excess of the 15-page filing limit *instanter*. In order to fully set forth the factual and legal matter at issue in the motion, Mr. Mitrovich surresponse required more than 15 pages.

Respectfully submitted,

*/s Vadim A. Glozman*
*Attorney For The Defendant*

Vadim A. Glozman
VADIM A. GLOZMAN LTD.
Attorney at Law
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015

## CERTIFICATE OF SERVICE

I, Vadim A. Glozman, an attorney for Defendant Deny Mitrovich, hereby certify that on this, the 20th day of March, 2020, I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

Respectfully submitted,

*/s/ Vadim A. Glozman*

53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015