**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                 Case No.: 1:18−cr−00789
                                                            Honorable Gary Feinerman

Deny Mitrovich

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 13, 2020:

      MINUTE entry before the Honorable Gary Feinerman:as to Deny Mitrovich. Pursuant to Second Amended General Order 20−0012, the 4/21/2020 status hearing [67] is stricken and re−set for 5/11/2020 at 9:45 a.m. In the meantime, if any party wishes to present a scheduling or other issue or question to the court, that party should send an email to the Courtroom Deputy (Jackie_Deanes@ilnd.uscourts.gov) and the proposed order email box (Proposed_Order_Feinerman@ilnd.uscourts.gov), with a copy to all other counsel, and the court will respond as soon as practicable. If any party wishes to extend, shorten, or revoke in a particular case the filing extensions granted by Paragraph 4.k of Second Amended General Order 20−0012, that party shall file a motion on the case docket and shall indicate in the motion whether the relief sought is agreed or opposed. Parties may file other non−emergency motions on the case docket as they see fit. Emergency relief in any case, or emergency relief from Second Amended General Order 20−0012, shall be sought in the manner set forth in Paragraphs 5−6 of Second Amended General Order 20−0012. The parties in all criminal cases are encouraged to carefully review in its entirety Paragraph 4 of Second Amended General Order 20−0012. Pursuant to Paragraph 4.h of Second Amended General Order 20−0012, time is excluded through 5/11/2020. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.