**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                               Case No.: 1:18−cr−00789
                                               Honorable Gary Feinerman

Deny Mitrovich

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 30, 2020:

      MINUTE entry before the Honorable Gary Feinerman:as to Deny Mitrovich. For the reasons set forth in the accompanying Memorandum Opinion and Order, Defendant's motion to compel [48] is granted. The Government shall produce discovery responsive to Requests 4 and 5 by 5/28/2020, subject to any targeted objections to the production of specific material. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.