**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:18−cr−00789
Honorable Gary Feinerman

Deny Mitrovich

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 5, 2020:

MINUTE entry before the Honorable Gary Feinerman:as to Deny Mitrovich. Pursuant to Third Amended General Order 20−0012, the 5/11/2020 status hearing [70] is stricken and re−set for 6/8/2020 at 10:45 a.m. In the meantime, if any party wishes to present a procedural issue or question to the court, that party should send an email to the Courtroom Deputy (Jackie_Deanes@ilnd.uscourts.gov) and the proposed order email box (Proposed_Order_Feinerman@ilnd.uscourts.gov), with a copy to all other counsel and pro se defendants, and the court will respond as soon as practicable. If any party wishes to extend, shorten, or revoke in a particular case an extension granted by Paragraph 6.k of the Third Amended General Order or any prior iteration of General Order 20−0012, that party shall file a motion on the case docket and shall indicate whether the relief sought is agreed or opposed. Parties may file other non−emergency motions on the case docket as they see fit. Emergency relief in any case, or emergency relief from the Third Amended General Order, shall be sought in the manner set forth in Paragraphs 7−8 of the Third Amended General Order. The parties in all criminal cases are encouraged to carefully review the Third Amended General Order in its entirety and, in particular, Paragraph 6. Pursuant to Paragraph 6.h of the Third Amended General Order, time is excluded through 6/8/2020.Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.