UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 18 CR 789 |
| vs. | ) | |
| | ) | Judge Gary Feinerman |
| DENY MITROVICH | ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on May 21, 2020, the undersigned filed with the Clerk of this Court the following motion pertaining to the above captioned case:

**Government's Unopposed Motion For Extension Of Time**

    Respectfully submitted,

    JOHN R. LAUSCH
    United States Attorney

    By: */s/ Andrew C. Erskine*
    ANDREW C. ERSKINE
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois
    (312) 353-1875