# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:18−cr−00789
Honorable Gary Feinerman

Deny Mitrovich

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 29, 2020:

MINUTE entry before the Honorable Gary Feinerman:as to Deny Mitrovich. Given the 5/22/2020 order [77], the status hearing set for 6/8/2020 [74] is stricken and re−set for 6/22/2020 at 9:45 a.m. By 6/15/2020, the parties shall file a joint status report addressing what work remains before they will be in a position to determine how this case will proceed. Time is excluded from 5/29/2020 through and including 6/22/2020, in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.