IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 18 CR 789 |
| v. | ) | |
| | ) | Hon. Gary Feinerman |
| DENY MITROVICH, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

The parties jointly submit the following status report:

1. On June 11, 2020, the government produced well-over 500 pages of discovery pursuant to this Court's order. R. 73.

2. The parties expect that the government will produce additional discovery that the defense requested after the Court's order.

3. Defense counsel needs time to review the tendered discovery, as well as work out other potential discovery requests that may arise as a result of the review of discovery that was turned over on June 11, 2020.

4. The parties agree that this Court should continue the June 22, 2020 status date for 60 days to allow them to work out any remaining discovery issues. At that time, the parties will be better suited to determine how this case will proceed and what motion(s) will be filed for this Court's consideration.

5. Deny Mitrovich has no objection to the exclusion of time through the continued status hearing.

Respectfully submitted,

*/s Vadim A. Glozman*
*Attorney for Deny Mitrovich*

Vadim A. Glozman
VADIM A. GLOZMAN LTD.
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015

## **CERTIFICATE OF SERVICE**

    I, Vadim A. Glozman, an attorney for Defendant Deny Mitrovich, hereby certify that on this, the 14th day of June, 2020, I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

                                                          Respectfully submitted,

                                                          */s/ Vadim A. Glozman*

VADIM A. GLOZMAN LTD.
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015