IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 18 CR 789 |
| v. | ) | |
| | ) | Hon. Gary Feinerman |
| DENY MITROVICH, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

The parties jointly submit the following status report:

1. Status is currently set for January 12, 2021.

2. The defense has been provided the expert declaration it has been awaiting the past several months.

3. Counsel for Mr. Mitrovich will be filing a discovery related motion in the upcoming week.

4. The parties request that this Court hold the currently scheduled status conference on January 12, 2021 to order to discuss a briefing schedule.

Respectfully submitted,

*/s Vadim A. Glozman*
*Attorney for Deny Mitrovich*

Vadim A. Glozman
VADIM A. GLOZMAN LTD.
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015

## **CERTIFICATE OF SERVICE**

    I, Vadim A. Glozman, an attorney for Defendant Deny Mitrovich, hereby certify that on this, the 4th day of January, 2021, I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

                                                       Respectfully submitted,

                                                       */s/ Vadim A. Glozman*

VADIM A. GLOZMAN LTD.
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015