

# United States District Court
# Northern District of Illinois

In the Matter of

USA                                    Magistrate Judge  M. David Weisman

       v.                                     Case No. 18-CR-789

Mitrovich

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge  M. David Weisman, the magistrate judge designated pursuant to Local Rule 72.1.  The reasons for my recommendation are indicated on the reverse of this form.

**Judge Gary Feinerman**

Date: Monday, May 17, 2021

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge  M. David Weisman

### ENTER

### FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Monday, May 17, 2021

District Referral - To Designated Magistrate Judge

## CRIMINAL PROCEDURES

**Conduct necessary proceedings and issue Report and Recommendation on:**

- Other, as specifically set forth below.

...........................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:
Ruling on defendant's motion to modify conditions of release [104].

District Referral - To Designated Magistrate Judge