IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| United States of America, | ) | |
|---|---|---|
| Plaintiff(s), | ) | Case No: 18cr789-1 |
| v. | ) | Magistrate Judge: M. David Weisman |
| Deny Mitrovich, | ) | |
| Defendant(s), | ) | |

## ORDER

     Motion hearing held. Defendant's motion to modify conditions of release [104] is granted. Defendant conditions of release are modified as follows: Defendant's wife, Reyna Adriana Garcia is removed as third-party custodian. The Defendant's mother, Sventlana Mitrovich was questioned on the record, and the court finds that she is a suitable and can serve as a third-party custodian. Parties shall submit a signed supplemental condition of release naming the defendant's mother Sventlana Mitrovich as the third-party custodian. All matters relating to the referral of this case having been resolved, this matter is returned to the District Judge. Referral terminated.

T: (00:15)

Date: May 28, 2021

M. David Weisman
United States Magistrate Judge