# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                               Plaintiff,

v.                                                    Case No.: 1:18−cr−00789

                                                                Honorable Gary Feinerman

Deny Mitrovich

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 7, 2021:

      MINUTE entry before the Honorable Gary Feinerman:as to Deny Mitrovich. For the reasons set forth in the accompanying Memorandum Opinion and Order, Defendant's motion to dismiss or suppress [92] is denied. By 7/15/2021, the parties shall file a joint status report: (1) addressing what work remains before they will be in a position to determine how this case will proceed; (2) stating whether the 7/21/2021 status hearing [111] should be rescheduled or a change of plea hearing or trial set; and (3) if the answer to (2) is yes, stating whether time may be excluded through the next date. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.