# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | No. 18 CR 789 |
| v. ) | |
| ) | Hon. Gary Feinerman |
| DENY MITROVICH, ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

The parties jointly submit the following status report:

1. On July 7, 2021, this Court denied Mr. Mitrovich's Motion to Dismiss or Suppress. R. 113.

2. Mr. Mitrovich is now in the process of evaluating his options given the Court's denial of his motion and the posture of the case.

3. The parties ask for a 60-day continuance to allow Mr. Mitrovich to determine in which matter to proceed and to allow the parties to engage is plea discussions.

4. The parties ask for a 60-day continuance because of the undersigned's trial schedule.

5. Mr. Mitrovich has no objection to the exclusion of time until whatever status date is scheduled by this Court.

Respectfully submitted,

*/s Vadim A. Glozman*
*Attorney for Deny Mitrovich*

Vadim A. Glozman
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015

**CERTIFICATE OF SERVICE**

2

I, Vadim A. Glozman, an attorney for Defendant Deny Mitrovich, hereby certify that on this, the 15th day of July, 2021, I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

                                              Respectfully submitted,

                                              */s/ Vadim A. Glozman*

LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015