UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DENY MITROVICH | No. 18 CR 789<br><br>Judge Gary Feinerman |

## **STATUS REPORT**

1. The parties apologize for the tardiness of this report.

2. The defendant remains released on conditions.

3. The defendant has requested a plea agreement. The government has drafted a proposed agreement, which is in the process of being reviewed by supervisors.

4. Accordingly, the parties request that the status hearing be continued 60 days to allow the government to tender the plea agreement to the defense, and to allow defense counsel to review it with the defendant.

5. The government moves to exclude time to allow the above work to be done. The defendant does not object to the exclusion of time.

Respectfully Submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:   /s/ *Andrew C. Erskine*
Andrew C. Erskine
Assistant United States Attorney
219 S. Dearborn St., Room 500
Chicago, Illinois 60604
(312) 353-1875