UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DENY MITROVICH | No. 18 CR 789<br><br>Judge Gary Feinerman |

## STATUS REPORT

1. The defendant remains released on conditions.

2. The government has tendered a plea agreement.

3. Defense counsel requires additional time to review and discuss the plea agreement with the defendant. However, defense counsel begins a three-week trial tomorrow.

4. Accordingly, the parties request that the status hearing be continued 45 days.

5. The government moves to exclude time to allow the above work to be done. The defendant does not object to the exclusion of time.

Respectfully Submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ *Andrew C. Erskine*
Andrew C. Erskine
Assistant United States Attorney
219 S. Dearborn St., Room 500
Chicago, Illinois 60604
(312) 353-1875