# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:18−cr−00789
Honorable Gary Feinerman

Deny Mitrovich

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 16, 2021:

MINUTE entry before the Honorable Gary Feinerman:as to Deny Mitrovich. By agreement [122], the status hearing set for 11/22/2021 [121] is stricken and re−set for 1/14/2022 at 9:45 a.m. By 1/7/2022, the parties shall file a joint status report: (1) addressing what work remains before they will be in a position to determine how this case will proceed; (2) stating whether the 1/14/2022 status hearing should be rescheduled or a change of plea hearing or trial set; and (3) if the answer to (2) is yes, stating whether time may be excluded through the next date. By agreement [122], time is excluded from 11/16/2021 through and including 1/14/2022, in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.