IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 18 CR 789 |
| v. | ) | |
| | ) | Hon. Gary Feinerman |
| DENY MITROVICH, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

1. Status in this matter is currently set for January 14, 2022.

2. The government has tendered the defense a plea agreement. Defense needs additional time to review and finalize the plea agreement.

3. The defense requests, and the government does not object, to this Court striking the current status date and setting this matter for a change of plea hearing in approximately 45 days. Mr. Mitrovich has no objection, pursuant to the CARES Act, to conduct the change of plea hearing by video.

4. Mr. Mitrovich has no objection to the exclusion of time until whatever change of plea date is set by this Court

                                                                Respectfully submitted,

                                                                */s Vadim A. Glozman*
                                                                *Attorney for Deny Mitrovich*

LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015
vg@glozmanlaw.com