# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                          Case No.: 1:18−cr−00789

                                                Honorable Gary Feinerman

Deny Mitrovich

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 10, 2022:

      MINUTE entry before the Honorable Gary Feinerman:as to Deny Mitrovich. By agreement [124], the status hearing set for 1/14/2022 [123] is stricken. Video change of plea hearing set for 3/2/2022 at 10:15 a.m. The parties shall submit the CARES order and a copy of the proposed plea agreement to chambers by 2/25/2022. By agreement [124], time is excluded from 1/10/2022 through and including 3/2/2022, in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Members of the public and media will be able to call in to listen to this hearing. The call−in number is 571−353−2300 and the access code is 207081154. Counsel of record will receive an email prior to the start of the video hearing with instructions to join the video. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.