**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DENY MITROVICH, <br><br> Defendant. | Case No. 18 CR 789 <br><br> Judge Gary Feinerman |

**ORDER**

Defendant Deny Mitrovich moved to proceed with a video-conference change of plea hearing.

The Court grants the motion to proceed by video conference. This Order memorializes the required findings under CARES Act § 15002(b)(2)(A), Pub. L. No. 116-136, 134 Stat. 281.

In the Seventh Amended General Order 20-0022 for the United States District Court for the Northern District of Illinois, dated December 16, 2021, the Chief Judge found that felony pleas and felony sentencings cannot be conducted in person in this district without seriously jeopardizing public health and safety.

Under Section 15002(b)(2)(A), the assigned judge finds that further delay of this hearing would cause serious harm to the interests of justice, because the defendant wishes to advance the case so he may benefit from programming and more expansive resources offered by the U.S. Bureau of Prisons and/or U.S. Probation.

Therefore, pursuant to Section 15002(b)(2)(A), the change of plea hearing will proceed by video conferencing

ENTER:

_____
Gary Feinerman
United States District Judge

DATE: **2/24/2022**