Bayasgalan Baatarjav
1900 W. Irving Park Road
Chicago, IL 60613
773-562-9108

Date: June 8, 2022

## Character Reference Letter

To the Honorable Judge Gary Feinerman,

I, Bayasgalan Baatarjav am writing this letter to you to provide a character reference about Deny Mitrovich who I've known him as my brother in law for the past 16 years. Our families gathered on many occasions throughout the years. During my relationship with him, I've seen him go through ups and downs as everyone else, but I know him in my heart that he is kind and cares for everyone. He is the most hard-working person I've ever known. He also has helped on many occasions for the family business and did numerous maintenance works for his parents place and as well as ours.

I realize that Deny made a regretful choice, but I know that he is incredibly remorseful. He has been cooperating to do what it takes to make the reparations while he has still been in a house arrest for the past 4 years. Everything in his life is at stake due to his actions and he fully understands it. It has cost his marriage. But I know deep in my heart that he will never make the same mistake if he is given the second chance. But I sincerely hope your honor will recognize the power you wield with regard to the future of Deny and make a fair decision.

Thank you.

Bayasgalan Baatarjav

To the honorable judge Gary Feinerman,

My name is Leisha Torres, and I am a long time friend of Deny's. I met Deny through my daughters father and he's been an amazing and helpful friend. I am epileptic on disability and he has been a major help. Deny never failed to be there when I needed him for anything, from taking me to and from appointments or help care for me when the seizures got bad or when my medication became too much. Deny also helped me do groceries and other day to day tasks, helped me pick up and drop my daughter off. Deny is an awesome friend and all around good person. I'm not sure how or why all of this happened but I hope Deny has an opportunity to prove that he is awesome person. Judge Feinerman I hope you give Deny a chance.

       Thank You Very Much,
       Leisha Torres
       312-843-0664

To the honorable Judge Gary Feinerman,

I, Mona Ibraheem am writing this letter to you to provide a character reference for Deny Mitrovich. I am currently employed as a Payroll Analyst at CDW. I know the defendant Deny Mitrovich as a lifelong friend. We grew up in the same neighborhood and have been friends ever since. It has been over 35 plus years of friendship. Deny has always been a reliable friend, the type that would bend over backwards in time of need. No matter if it was a simple need of a helping hand, shoulder to lean on or a big task of helping me with my HVAC unit. Deny has proven to be a trustworthy friend over the years. His character has always been that of a true/loyal friend and has never wavered. He is selfless, loving as well as helpful. He is a testament to what most people should strive for. His contribution to society has been meaningful through service and selfless acts of involvement. My family and I have the utmost respect and trust for and in him. His work ethic speaks volumes as to the type of loyalty and respect he has as a person. He is very knowledgeable and focus driven individual. Well respected by our family and friends.

Upon first hearing of Mr. Mitrovich's case, I was extremely disappointed. As it went against his character as to the person I have known all these years. Did it falter my judgement in his character? No. It has not changed my mind on the person I believe him to be. We as humans are that, human. We make mistakes. I believe Mr. Mitrovich has learned from these mistakes and will not repeat those mistakes. He has seen first-hand the cost of those mistakes and I strongly believe he has learned his lesson and the hardships it has created based on those actions. His remorse has shown me by his actions that he plans to never make those mistakes again. As a first-time offender, I believe with guidance he can get back on track on who I believe him to be. I believe Mr. Mitrovich has paid his dues on time served via house arrest. I personally believe Mr. Mitrovich needs to start his healing/recovery process on the duress this has placed over him. It is my plea that he be put on probation so he can begin to get his life back on track and continue to be a valued member of society. I believe that it would be a great injustice and mistake to make any other suggestions on the severity of his sentence. Not only will it impact my life but his family and his young son's life if incarcerated. I truly believe in my heart that the system will do the honorable thing and see this for face value, that the mistakes made by Mr. Mitrovich were acknowledged and learned from.

Sincerely,

Mona Ibraheem

**Gary Feinerman, The Honorable Presiding Judge**
United States Court (Illinois)

10 June, 2022
Your Honor,

My name is David Mitrovich, I am the brother of Deny Mitrovich. I currently reside at 1900 West Irving Park Road, Chicago, Illinois, 60613. I have known Deny Mitrovich my entire life and as a sales consultant of Zurn Water Solutions for the past three years. We have even worked together at some points in time. Deny is a good person that has made a mistake which he is currently repenting for and learning from. His life has been ruined as a result of his grave mistake, he has been under extreme stress from being under house arrest, having most of his civil liberties revoked; in addition, the turmoil this has caused his marriage. Deny's incarceration would greatly negatively impact his family and friends' lives, most importantly his young son's life, as well as his current employer. I truly believe Deny has learned from his mistake. From what I understand he has gone under and continues to receive psychological therapy and rehabilitation. I can say with the utmost confidence Deny is truly sorry for what he has done, and he has learned a great deal and grown wiser from this painful and unpleasant situation. I believe that Deny Mitrovich will not make this mistake ever again in his lifetime.

I have seen Deny go through ups and downs in his life, like we all have. He has always come across as a person of good moral character. Deny has always had a good moral compass, even though he may have lost his bearings, I know he is getting back on track with his life.

I know that he has to attend your honorable court on a criminal charge and he is really upset and sorry about what has transpired. Deny has been under tremendous stresses as of late due to him recently losing our father, and his wife's reluctance to stay with him and wanting to file for a divorce. Most importantly the heartbreaking possibility of not being able to be a father to his son and be there to watch him grow into a fine young man. Not to mention, he is seriously struggling to make ends meet.

I can confirm that in all the time I have known him, Deny Mitrovich has been a reliable, trustworthy, and decent person. I plead with you, your honor, that you will allow an opportunity for a second chance to Deny while you adjudicate your decision.

With the utmost respect,

David Mitrovich
1(312)871-6239

To the honorable judge Gary Feinerman,

My name is Jusuf Isa, I have been disabled from the mid 90's from a motorcycle accident. I have known Deny and his family for the last 30 years. When I had mobility I would walk and visit them every few days and talk with his parents. Occasionally I would walk and fall on my way home. Deny would find me and pick me up, so I could continue home. He would insist on walking me back, but I always told him I'm ok and there was no need. One day in spring of 2018 I fell and struck my head on the pavement. I was admitted to the hospital. That day I lost my mobility and was stuck in bed in my home. My family did not have anyone to assist me. Deny heard of this and would come help me with my day to day needs. He would come in the morning and get me up and assist me in bathing, clothing, and cooking. He spent several months assisting me till someone was able to take over for him in my care. Since Deny has gotten into trouble, life has been harder on me. The care and compassion he showed me pales in comparison. My family helps me now sometimes I get sad because Deny would keep me company and come check on me bringing food. Deny has treated me better than other people. I know he has broken the law, but I know him better then most do. He is one of most trustworthy loyal and caring people I have ever known. Please Judge I hope you have it in you to give him a second chance. If anyone deserves mercy it definitely is him. .

        Jusuf Isa
        773-472-1451

To the honorable judge Gary Feinerman,

My name is Petrit Nadzaku, and I work as a caregiver. I know Deny Mitrovich through my father Fikri Nadzaku. My father and Deny's father became friends and through them we formed a friendship. We now have been friends for over 30 years. My experience with Deny over the years was that he was always there every time my family and I needed him. I've also trusted Deny with keys to watch my home while I was on vacation. When I ask Deny about his case he gets sad and starts to tear up. If Deny was to get incarcerated, it would be a sad day for his mother. Deny's mother had a stroke, and Deny's dad died a year ago. So Deny's mother depends on Deny's help, and also taking care of her needs. Whatever your decision maybe judge Gary Feinerman, I pray god willing it will be fair. God bless you sir, thank you for your time. You can reach me at 773-964-5795.

        Petrit Nadzaku

To the honorable Judge Gary Feinerman,

I cannot stress enough the sorrow and the pain for the mistake that my son has committed....

Myself as a mother do not agreeing with whatever choices my son has made, but (lesson) has been learned from the mistake and he is paying the big price for it.

Deny's father whom has passed away a year ago cannot see how Deny's Court date is finalized but I'm sure he is watching over us and wish Deny the best outcome.

As Deny's mother I believe he has learned that there is a lot more to a life and that whatever cost he paying for is enough for one human being.

I did not teach-him how to disrespect others, especially get involved with minors for any reason, he is dearly paying for it.... The cost is enormous, but it is what it is. There is not much you can do than feel sorry you ever went there.

Under the influence, things look different and do not look as bad.

I'm not trying to convince your honor, but I do believe second chance in life should be granted. Deny is a good guy and he deserve a chance.


Svetlana Mitrovich
773-871-6239

Dear honorable Judge Gary Feinerman,

My name is Walid Ibraheem, I am writing this letter to you on behalf of my life-long friend Deny Mitrovich. I am currently a self employed entrepreneur in the ecommerce space. Deny and I grew up in the same neighborhood and went to the same grade school. I have known Deny for over 30 years and consider him like my brother. Deny has always been a caring and dependable person. He stopped me from getting beat up in high school. He was the type of person to stand up to the bullies. (He was about twice their size when we were small). I have always been able to rely on Deny. A few years back, my heat went out during winter and this was at a period that times were tuff for me, Deny came and fixed my heat for free. He would not even take money for the parts He was a lifesaver that winter and left me in tears. He is that type of person. I'm in tears right now as I write this letter because I know how this has already affected his life and how much worse this can make his life and it breaks my heart.

While every wrong act deserves punishment, as members of society we want and hope for this justice to be exactly that, just. I wish with my whole heart that you could see the Deny Mitrovich that I know, if you knew him like that you would know, as I do, that this man will never risk what he has left of his life to ever do wrong again. He has lost soo much during the time this case and transpired. We all know life changes us, sometimes, people are there to witness this journey and can attest to how they have changed. I am one of those people who can attest to just what has happened to Deny. He lost his best friend and father, during his time incarcerated on house arrest. He was unable to be with his father during his last moments. As someone who also, was not able to be with his father when he died, let me tell you sir, that is one of the most painful events that one can experience. It is the type of thing that changes you forever. Deny has had the blessing of fatherhood, another life event that occurred during his time on house arrest. It is challenging to deal emotionally with having to miss your son's birth because you are dealing with consequences of your actions. This was not lost on Deny even though Deny has lost soo much.

Deny has great remorse for his actions and remorse for the pain he has caused. When trying to get Deny back on his feet after his father's death, his mother suffered a stroke a short time after coming to live with him, in an effort to help him. He was not even able to go to the hospital with her to ensure she would be ok. That was heartbreaking for him. It is difficult to hear and see a grown man weep like that, and I could only imagine his pain as I tried to comfort him. Thankfully his mother survived. Deny is unable to help her in all the ways needed in her time of need. Deny knows what he did was wrong. He has great remorse for his actions that led him here. It is my hope that you sir, will give him the one thing he needs to get his life back, a chance. A chance to show society that he is a changed person. A chance to help his mother at her greatest time of need. A chance to be a good father to his son and be in his son's life. It is my plea to the court that Deny not be incarcerated further and be given a chance to make the best of the life he has left.

Sincerely,

Walid Ibraheem
1(773)931-9751