IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 18 CR 789 |
| v. | ) | |
| | ) | Hon. Gary Feinerman |
| DENY MITROVICH, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S
SENTENCING MEMORANDUM**

Deny Mitrovich has no objection to any of the conditions of supervised release proposed by the government in their sentencing submission. R. 141, pgs. 4-9.

The parties have agreed, in principle, to the total amount of restitution in this case.

Mr. Mitrovich adopts and reincorporates his objection to the imposition of a five-level increase under guideline § 2G2.2(b)(3)(B) as a response to the government's guidelines calculation.

Respectfully submitted,

*/s Vadim A.Glozman*
*Attorney For Deny Mitrovich*

Vadim A. Glozman
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1128
Chicago, IL 60604
(312) 726-9015
vg@glozmanlaw.com

## **CERTIFICATE OF SERVICE**

    I, Vadim A. Glozman, an attorney for Defendant Deny Mitrovich, hereby certify that on this, the 18th day of October, 2022, I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

                                         Respectfully submitted,

                                         */s/ Vadim A. Glozman*

LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1128
Chicago, Illinois 60604
(312) 726-9015