IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 CR 789 |
| | ) | |
| vs. | ) | Hon. Gary Feinerman |
| | ) | |
| DENY MITROVICH | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Deny Mitrovich, defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment and sentence orally announced in this action on December 19, 2022 and entered on the district court's docket that same day.

Respectfully submitted,

s/ Vadim A. Glozman
*An attorney for Deny Mitrovich*
Vadim A. Glozman
Matthew P. Kralovec
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1128
Chicago, IL 60604
P: (312) 726-9015

**CERTIFICATE OF SERVICE**

    I, Vadim A. Glozman, an attorney for Defendant Deny Mitrovich, hereby certify that on this, the 2nd day of January, 2022, I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

                                                      Respectfully submitted,

                                                      */s* Vadim A. Glozman

LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1128
Chicago, IL 60604
(312) 726-9015