IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 CR 789 |
| | ) | |
| vs. | ) | Hon. Gary Feinerman |
| | ) | |
| DENY MITROVICH | ) | |
| | ) | |
| Defendant. | ) | |

### DOCKETING STATEMENT

Defendant DENY MITROVICH hereby submits this docketing statement pursuant to Seventh Circuit Rules 3(c)(1) and 28(a), as follows:

1. **Jurisdiction of the District Court**: Mr. Mitrovich was charged by way of indictment in this case with one count possessing child pornography. Doc. #1. The District Court had jurisdiction over those charges under 18 U.S.C. § 3231.

2. **Jurisdiction of the Court of Appeals**: The District Court entered a final judgment against Mr. Mitrovich on December 19, 2022. Doc. #152. The Court of Appeals has jurisdiction over his appeal under 28 U.S.C. § 1291 because that judgment disposed of all claims against him and jurisdiction under 18 U.S.C. § 3742(a) which permits defendants to appeal certain sentencing decisions.

3. Mr. Mitrovich filed his notice of appeal on January 2, 2022, within the 14 days permitted for the filing of appeals in criminal cases under Fed. R. App. P. 4(b)(1)(A)(i).

Respectfully submitted,


<u>s/ Vadim A. Glozman</u>
*An attorney for Deny Mitrovich*
Vadim A. Glozman
Matthew P. Kralovec
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1128
Chicago, IL 60604
P: (312) 726-9015

## **CERTIFICATE OF SERVICE**

I, Vadim A. Glozman, an attorney for Defendant Thomas Barfield, hereby certify that on this, the 2nd day of January, 2022, I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

Respectfully submitted,

*/s* Vadim A. Glozman

LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1128
Chicago, IL 60604
(312) 726-9015