UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 18 CR 789 |
| v. | ) | |
| | ) | Judge Steven C. Seeger |
| DENY MITROVICH | ) | |

**MOTION OF THE UNITED STATES FOR ENTRY OF
FINAL ORDER OF FORFEITURE**

The UNITED STATES OF AMERICA, through JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves for entry of a final order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 2253 and Fed. R. Crim. P. 32.2, and in support thereof submits the following:

1. On November 20, 2018, an indictment was returned charging defendant DENY MITROVICH with possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). The indictment sought forfeiture to the United States of specific property that was used, to commit and to promote the commission of the charged offense.

2. On March 3, 2022, defendant DENY MITROVICH entered a voluntary plea of guilty to the indictment.

3. Pursuant to the terms of the plea agreement and as a result of his violation of 18 U.S.C. § 2252A(a)(5)(B), defendant DENY MITROVICH agreed that certain property, including but not limited to: (a) one Western Digital External Hard Drive, bearing serial number WCARW6062159, (b) one Hitachi Internal Hard Drive, bearing serial number HN07304A, and (c) one Western Digital Internal Hard Drive, bearing serial number WCASY1307751, is subject to forfeiture pursuant to the provisions of 18 U.S.C. § 2253.

4. On December 19, 2022, this Court entered a preliminary order of forfeiture forfeiting any interest defendant DENY MITROVICH had in the aforementioned property and directing the Federal Bureau of Investigation to seize and take custody of the property. A copy of the executed Attestation of Possession form confirming custody of the foregoing property is attached as Exhibit A. Additionally, the United States was ordered to publish notice of its intention to forfeit the property and to dispose of the property according to law.

5. Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253(b), beginning on December 21, 2022, and continuing for at least 30 consecutive days, notice of the criminal forfeiture was posted on an official government internet site. A copy of the declaration of publication is attached as Exhibit B.

6. The Preliminary Order of Forfeiture was served pursuant to the district court's ECF system as to ECF filers. Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253(b), no other parties are known to have an interest in the aforementioned property, and accordingly, no other parties were served with a copy of the notice of forfeiture and the preliminary order of forfeiture.

7. To date, no petitions have been filed requesting a hearing to adjudicate any interest in the foregoing property and the time in which to file a request for a hearing has expired.

3

WHEREFORE, pursuant to the provisions of 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2, the United States requests that the Court enter a final order of forfeiture as to the foregoing property in accordance with the draft final order of forfeiture which is submitted herewith.

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney

By:   */s/ / Andrew C. Erskine*
    ANDREW C. ERSKINE
    Assistant United States Attorney
    219 S. Dearborn St., Room 500
    Chicago, Illinois 60604
    (312) 353-5300