# EXHIBIT A

**U.S. Department of Justice**
United States Attorney's Office

**ATTESTATION OF POSSESSION**
(For Use by FBI)

**MATTERS REGARDING:**

COURT CASE NUMBER: **18 CR 789**

DEFENDANT(S): **DENY MITROVICH**

**PROPERTY**

THE FOLLOWING ITEM(S) ARE IN THE POSSESSION OF THE FEDERAL BUREAU OF INVESTIGATION:

ITEM DESCRIPTION(S):

(a) one Western Digital External Hard Drive, bearing serial number WCARW6062159, (b) one Hitachi Internal Hard Drive, bearing serial number HN07304A, and (c) one Western Digital Internal Hard Drive, bearing serial number WCASY1307751 (19-FBI-002246)

LOCATION:

**Federal Bureau of Investigation**
**Chicago Division**

OFFICIAL AGENT OR REPRESENTATIVE OF THE FBI

☒ I hereby certify that the above-described property is currently in FBI custody.
☐ I hereby certify that the FBI has received a copy of the Preliminary Order of Forfeiture regarding the property above.

Name: ANTHONY STACK
Title: TFO
Signature: [signed]
Date: 1/9/2023

PLEASE RETURN EXECUTED FORM VIA EMAIL TO:

Name: Mary Beth Ryan
Organization / Title: USAO-NDIL / Paralegal
Email: mary.ryan@usdoj.gov

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 18 CR 789 |
| | ) | |
| Deny Mitrovich | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 21, 2022 and ending on January 19, 2023. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2023 at Chicago, IL.

*Mary Ryan*
_____
Mary Ryan
Contract Forfeiture Paralegal

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
# COURT CASE NUMBER: 18 CR 789; NOTICE OF FORFEITURE

Notice is hereby given that on December 19, 2022, in the case of <u>U.S. v. Deny Mitrovich</u>, Court Case Number 18 CR 789, the United States District Court for the Northern District of Illinois entered an Order condemning and forfeiting the following property to the United States of America:

(a) one Western Digital External Hard Drive, bearing serial number WCARW6062159;

(b) one Hitachi Internal Hard Drive, bearing serial number HN07304A;

(c) one Western Digital Internal Hard Drive, bearing serial number WCASY1307751

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (December 21, 2022) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, United States Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, IL 60604, and a copy served upon Assistant United States Attorney Andrew Erskine, 219 South Dearborn, Room 500, Chicago, IL 60604. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be

made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Andrew Erskine, 219 South Dearborn, Room 500, Chicago, IL  60604.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between December 21, 2022 and January 19, 2023. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Deny Mitrovich

**Court Case No:** 18 CR 789
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 12/21/2022 | 23.9 | Verified |
| 2 | 12/22/2022 | 23.9 | Verified |
| 3 | 12/23/2022 | 23.8 | Verified |
| 4 | 12/24/2022 | 23.9 | Verified |
| 5 | 12/25/2022 | 23.9 | Verified |
| 6 | 12/26/2022 | 23.9 | Verified |
| 7 | 12/27/2022 | 23.9 | Verified |
| 8 | 12/28/2022 | 23.9 | Verified |
| 9 | 12/29/2022 | 23.9 | Verified |
| 10 | 12/30/2022 | 23.9 | Verified |
| 11 | 12/31/2022 | 23.9 | Verified |
| 12 | 01/01/2023 | 23.9 | Verified |
| 13 | 01/02/2023 | 23.9 | Verified |
| 14 | 01/03/2023 | 23.8 | Verified |
| 15 | 01/04/2023 | 23.9 | Verified |
| 16 | 01/05/2023 | 23.9 | Verified |
| 17 | 01/06/2023 | 23.9 | Verified |
| 18 | 01/07/2023 | 23.9 | Verified |
| 19 | 01/08/2023 | 23.9 | Verified |
| 20 | 01/09/2023 | 24.0 | Verified |
| 21 | 01/10/2023 | 23.8 | Verified |
| 22 | 01/11/2023 | 23.8 | Verified |
| 23 | 01/12/2023 | 23.9 | Verified |
| 24 | 01/13/2023 | 23.9 | Verified |
| 25 | 01/14/2023 | 23.9 | Verified |
| 26 | 01/15/2023 | 23.9 | Verified |
| 27 | 01/16/2023 | 23.9 | Verified |
| 28 | 01/17/2023 | 23.9 | Verified |
| 29 | 01/18/2023 | 23.9 | Verified |
| 30 | 01/19/2023 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.