**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                      Case No.: 1:18–cr–00789
                                                          Honorable Steven C. Seeger

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 7, 2023:

      MINUTE entry before the Honorable Steven C. Seeger as to Deny Mitrovich: The government filed two motions in this criminal case, which was reassigned from Judge Feinerman. The government's unopposed motion to exonerate bond (Dckt. No. [163]) is hereby granted. Order Exonerating Bond to follow. The government's motion for a final order of forfeiture (Dckt. No. [164]) is hereby granted. Judge Feinerman previously issued a Preliminary Order of Forfeiture shortly after sentencing. (Dckt. No. [152]–1) Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.