**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   18 CR 789-1 |
| | ) | |
| DENY MITROVICH | ) | Hon. Steven C. Seeger |
| _____ | ) | |

**ORDER EXONERATING BOND**

This matter coming before the Court on the government's motion, and the Court being fully advised finds as follows:

(a)     Pursuant to a Pre-Trial Release Order entered on December 19, 2018, Reyna A. Garcia and Defendant Deny D. Mitrovich posted their interest in certain real property to secure his release on bond. As a result, the property was encumbered pending Defendant's completion of the bond requirements.

(b)     Defendant Deny D. Mitrovich was convicted, sentenced and has surrendered to the Bureau of Prison.  As a result, the security for the bond is no longer required and the government submitted this motion to exonerate the bond.  In addition, the government requested that this Court order the release of any liens or other encumbrances lodged against the real property as it relates to this bond and further order that the quit claim deed executed in favor of the United States of America, currently held in the custody of the Clerk of the United States District Court, Northern District of Illinois, be returned to the sureties at the property address.

Accordingly, the Court hereby orders as follows:

1.     The Court orders the bond exonerated because Defendant has surrendered to the Bureau of Prisons.

2. Any liens or other encumbrances lodged against the real property as it relates to this bond shall be released.

3. The quit claim deed executed in favor of the United States of America, currently held in the custody of the Clerk of the United States District Court, Northern District of Illinois, shall be returned to the sureties at the property address.

4. This Court shall retain jurisdiction of this matter to take such additional action and enter further orders as necessary to implement and enforce this Order.

Date: March 7, 2023

Steven C. Seeger
United States District Judge